UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
Eastern Division

June Tiramani
                Plaintiff,

v.                                      Case No.: 1:12–cv–10351
                                      Honorable Edmond E. Chang

Nationwide Credit, Inc.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, February 11, 2013:

      MINUTE entry before Honorable Edmond E. Chang: Pursuant to the notice of voluntary dismissal, R. 6, the case is dismissed with prejudice under Rule 41(a)(1)(A)(i). Civil case terminated. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.